IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STANLEY WOFFORD, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:03 cv 725 JPG |
| ) | |
| CHAPLAIN SUTTON, ) | |
| ) | |
|     Defendant. ) | |

**ORDER**

This matter is before the Court on the Motion to Serve Order filed by the plaintiff, Stanley Wofford, on June 14, 2005 (Doc. 14). The plaintiff seeks a Court order that would direct the U.S. Marshal to serve an order to show cause. No such order has been entered in this case. It appears, however, the plaintiff is in fact requesting that the Court order the Marshal to serve his motion for injunctive relief on the defendant. However, the Court notes that the plaintiff, himself, has already certified that he has served a copy of the motion on the defendant. As such, this motion is unnecessary and is **DENIED**.

**DATED: July 1, 2005**

                                                       **s/ Donald G. Wilkerson**
                                                       **DONALD G. WILKERSON**
                                                       **United States Magistrate Judge**