IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STANLEY WOFFORD, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:03-cv-725-JPG |
| ) | |
| RICK SUTTON, MARK PIERSON, JOHN ) | |
| EVANS, and TERRI BRYANT, ) | |
| ) | |
|     Defendants. ) | |

**ORDER**

On May 8, 2006, this Court granted the plaintiff leave to file an amended complaint which added new party-defendants. The plaintiff filed his amended complaint on May 9, 2006. The plaintiff is proceeding *in forma pauperis* pursuant to 28 U.S.C. §1915. Therefore, the following is hereby **ORDERED:**

1. The Clerk **SHALL** mail to Plaintiff's counsel sufficient copies of USM-285 forms for service by the United States Marshal

2. The Clerk is **DIRECTED** to prepare Form 1A (Notice of Lawsuit and Request for Waiver of Service of Summons) and Form 1B (Waiver of Service of Summons) for Defendants **MARK PIERSON, JOHN EVANS, and TERRI BRYANT**.

3. The Clerk shall forward those forms, the USM-285 forms submitted by Plaintiff, and sufficient copies of the fifth amended complaint to the United States Marshal for service.

4. The United States Marshal is **DIRECTED**, pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, to serve process on Defendants **MARK PIERSON, JOHN EVANS, and TERRI BRYANT** in the manner specified by Rule 4(d)(2) of the Federal Rules of Civil Procedure. Process in this case shall consist of the fifth amended complaint,

        applicable forms 1A and 1B, and this Memorandum and Order. For purposes of computing the passage of time under Rule 4(d)(2), the Court and all parties will compute time as of the date it is mailed by the Marshal, as noted on the USM-285 form.

5. With respect to former employees of Illinois Department of Corrections who no longer can be found at the work address provided by Plaintiff, the Department of Corrections shall furnish the Marshal with the Defendant's last-known address upon issuance of a court order which states that the information shall be used only for purposes of effectuating service (or for proof of service, should a dispute arise) and any documentation of the address shall be retained only by the Marshal.  Address information obtained from I.D.O.C. pursuant to this order shall not be maintained in the court file, nor disclosed by the Marshal.

6. The United States Marshal shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received. If a waiver of service is not returned by a defendant within **THIRTY (30) DAYS** from the date of mailing the request for waiver, the United States Marshal shall:

    a. Request that the Clerk prepare a summons for that defendant who has not yet returned a waiver of service; the Clerk shall then prepare such summons as requested.

    b. Personally serve process and a copy of this Order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

    c. Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendant, along with evidence of any attempts to

secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant.  Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally served defendant in accordance with the provisions of Federal Rule of Civil Procedure 4(d)(2) unless the defendant shows good cause for such failure.

**Notwithstanding the foregoing, the plaintiff may use whatever method is consistent with the Federal Rules to serve these defendants himself.**

**DATED: May 11, 2006**

s/ Donald G. Wilkerson<br>
DONALD G. WILKERSON<br>
United States Magistrate Judge