UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STANLEY WOFFORD
            Plaintiff,

        v.

RICK SUTTON, MARK PIERSON, JOHN
EVANS, and TERRI BRYANT, in their
individual and official capacities,

            Defendants.

Case No. 03-cv-725-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation (R&R) (Doc.

103) of Magistrate Judge Donald G. Wilkerson recommending that the Court grant Defendants's

Motion for Partial Summary Judgment (Doc. 99). Plaintiff Stanley Wofford has filed an

objection to the R&R (Doc. 105) asking the Court to correct an erroneous filing date. In his

R&R Judge Wilkerson variously refers the date on which Defendants filed their motion for

partial summary judgment as October 15, 2007 and August 15, 2007. The Court agrees with

Wofford that the correct date of the filing of Defendants's Motion is October 15, 2007. The

parties have made no other objections to the R&R.

After reviewing a magistrate judge's report and recommendation, the Court may accept,

reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in

the report. Fed. R. Civ. P. 72(b). The Court must review *de novo* the portions of the report to

which objections are made. "If no objection or only partial objection is made, the district court

judge reviews those unobjected portions for clear error." *Johnson v. Zema Systems Corp.*, 170

F.3d 734, 739 (7th Cir. 1999).

The Court has reviewed the entire file and finds that, apart from the incorrect recitation of

the date of filing of Defendants's Motion, the R&R is not clearly erroneous. Accordingly, the

Court hereby **ADOPTS** the R&R (Doc. 21) as **MODIFIED** to reflect that Defendants filed their

Partial Motion for Summary Judgment on October 15, 2007 not August 15, 2007. The Clerk of

Court is **DIRECTED** to enter judgment accordingly at the close of this case.

**IT IS SO ORDERED.**
**DATED: October 3, 2008**          s/ J. Phil Gilbert
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**