UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STANLEY WOFFORD, <br><br> Plaintiff, <br><br> v. <br><br> CHAPLAIN RICK SUTTON, *individually and in his official capacity*, MARK PIERSON, JOHN EVANS, and TERRI BRYANT, <br><br> Defendants. | Case No. 03-cv-725-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, a jury having rendered a verdict as to some claims, and the Court having rendered a decision as to others,

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count 1, Plaintiff Stanley Wofford's claim against Defendant Rick Sutton for violation of Wofford's First and Fourteenth Amendment right to practice his religion freely, is entered in favor of Wofford and against Sutton in the amount of $1 (one dollar) compensatory damages and $100 (one hundred dollars) punitive damages for a total of $101 (one hundred and one dollars) in damages;

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count 1, Plaintiff Stanley Wofford's claim against Defendant Mark Pierson, Defendant John Evans, and Defendant Terri Bryant for violation of Wofford's First and Fourteenth Amendment right to practice his religion freely, is entered in favor of Pierson, Evans, and Bryant and against Wofford;

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count 2, Plaintiff Stanley Wofford's claim against Defendant Rick Sutton for denial of equal protection of the law under the Fourteenth Amendment, is entered in favor of Wofford and against Sutton;

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count 2, Plaintiff Stanley Wofford's claim against Defendant Mark Pierson and Defendant John Evans for denial of equal protection of the law under the Fourteenth Amendment, is entered in favor of Pierson and Evans and against Wofford;

IT IS HEREBY ORDERED AND ADJUDGED that Count 2, Plaintiff Stanley Wofford's claim against Defendant Terri Bryant for denial of equal protection of the law under the Fourteenth Amendment, is dismissed with prejudice; and

      IT IS HEREBY ORDERED AND ADJUDGED that Count 3, Plaintiff Stanley Wofford's claim against Defendant Rick Sutton, Defendant Mark Pierson, Defendant John Evans, and Defendant Terri Bryant for imposition of a substantial burden on Wofford's religious exercise in violation of the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), is dismissed with prejudice.

                                            **NANCY J. ROSENSTENGEL**

                                            **By:s/Deborah Agans, Deputy Clerk**

**Dated: November   17, 2009**


**Approved:**    <u>J. Phil Gilbert</u>
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**